

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00128-CV

Robert Layton, doing business as Layton Welding
v.
Lavaca County, et al.

On Appeal from the
25th District Court of Lavaca County, Texas
Trial Cause No. 2019-05-24216CV

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

January 21, 2021